In re FORTY–SECOND & FORTY–THIRD STS. (two cases). (Supreme Court, Appellate

Division, First Department. June 15, 1906.) In the matter of Forty-Second and Forty-Third streets. No opinion. Motions denied. Orders filed.